Lou G Harris, Bar No. 9405
Lincoln Law SL, LLP
405 South, Main Street
Salt Lake City, UT 84111
Phone: (801) 386-8550
Facsimile: (800) 584-6826
help@lincolnlaw.com
Attorney for Jody and Ben Alire

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In Re: | ) Case No: 18-21482 |
|---|---|
| JODY L ALIRE AND | ) Chapter 7 |
| BEN ALIRE | ) Judge: Kevin R. Anderson |
| Debtors. | ) **CHANGE OF ADDRESS FORM** |

## REQUEST FOR NOTICE

**Former mailing address for Jody and Ben Alire:**

Name:              Jody and Ben Alire
Street             3500 S 1646 W Appt 318
City, State and Zip   West Valley City, UT 84119

**New mailing address for Jody and Ben Alire:**

Name:              Jody and Ben Alire
Street             3215 West Bigarade Lane
City, State and Zip   Taylorsville, UT 84129

Dated: <u>May 21, 2018</u>                    <u>/s/Lou G Harris</u>
                                              Attorney for Debtor